JACQUELYNE M. NGUYEN, Bar No. 249658
Law Office of Jacquelyne M. Nguyen
1670 Santa Ana Avenue Suite "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

**FILED:** 8/9/12

JS-6

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>JAMES K. SIMPSON,<br><br>　　　　　　　Defendant | No. CV 12-1232-GHK (FMOx)<br><br><br>(~~Proposed~~) JUDGMENT |

　　　Pursuant to stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, James K. Simpson, in the principal amount of $4,919.64 plus interest accrued to February 9, 2012, in the sum of $6,499.58; with interest accruing thereafter at $1.21 daily until entry of judgment, for a total amount of  $**11,419.22**.

DATED:  8/9/12　　　　　　　By: /s/ _____

　　　　　　　　　　　　　　　Honorable George H. King