JACQUELYNE M. NGUYEN, Bar No. 249658
Law Office of Jacquelyne M. Nguyen
1670 Santa Ana Avenue Suite "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

**FILED: 8/9/12**

JS-6

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 12-1232-GHK (FMOx) |
|---|---|
| Plaintiff, | |
| vs. | (~~Proposed~~) JUDGMENT |
| JAMES K. SIMPSON, | |
| Defendant | |

Pursuant to stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, James K. Simpson, in the principal amount of $4,919.64 plus interest accrued to February 9, 2012, in the sum of $6,499.58; with interest accruing thereafter at $1.21 daily until entry of judgment, for a total amount of $**11,419.22**.

DATED:  8/9/12            By: _____

Honorable George H. King